DARCI E. BURRELL, State Bar No. 180467
darci@levyvinick.com
LEVY VINICK BURRELL HYAMS LLP
180 Grand Avenue, Suite 1300
Oakland, CA 94612
Tel.: (510) 318-7700
Fax: (510) 318-7701

Attorneys for Plaintiff ALLISON HOKOANA

GREGORY G. ISKANDER, Bar No. 200215
giskander@littler.com
YESENIA GARCIA PEREZ, Bar No. 264880
ygarciaperez@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone: 925.932.2468
Fax No.:    925.946.9809

Attorneys for Defendant
REPUBLIC SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALLISON HOKOANA, | Case No. 22-CV-00293-JSC |
|---|---|
| Plaintiff, | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| v. | |
| REPUBLIC SERVICES, INC. and DOES 1-10, inclusive, | Date: April 14, 2022<br>Time: 1:30 p.m.<br>Location: Courtroom E, 15th Floor<br>Judge: Hon. Jacqueline Scott Corley |
| Defendants. | |
| | Complaint filed: November 2, 2021<br>(Alameda County Superior Court Case No.: 21CV001519) |

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Local Rule 16-9, and the Court's order of January 14, 2022, Plaintiff Allison Hokoana ("Plaintiff") and Defendant Republic Services, Inc. ("Defendant") (collectively Plaintiff and Defendant are referred to as the "Parties"), upon conferring, submit the following joint report:

## I. JURISDICTION AND SERVICE

This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. section 1332(a). This action was removed to this Court pursuant to the provisions of 28 U.S.C. section 1441(b). All parties have been served. Defendant filed an answer to the Complaint on January 12, 2022.

## II. FACTS

Plaintiff alleges that she was an employee of Defendant from February 15, 2016 until she was terminated on March 2, 2021. Plaintiff alleges that she was discriminated and harassed because of her gender, and that she was retaliated against for reporting conduct that she reasonably believed to be a violation of the law.

Defendant maintains that Plaintiff never worked for Defendant Republic Services, Inc. and that Plaintiff has sued the wrong defendant. Defendant denies all of Plaintiff's substantive and material allegations and denies that it harmed Plaintiff in any way.

## III. LEGAL ISSUES

Plaintiff's Complaint asserts the following causes of action: (1) Discrimination on the basis of gender in violation of the Fair Employment and Housing Act ("FEHA"); (2) Harassment on the basis of gender in violation of FEHA; (3) Wrongful termination in violation of Public Policy; (4) Failure to prevent harassment and discrimination, or retaliation in violation of FEHA; (5) Failure to pay wages in a timely manner in violation of California Labor Code Sections 201 and 203; and (6) Retaliation in violation of California Labor Code Section 1102.5.

## IV. MOTION

No motions are currently pending. Defendant anticipates filing a motion for summary judgment.

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

JOINT CASE MANAGEMENT CONFERENCE
STATEMENT                    2                    CASE NO. 22-CV-00293-JSC

## V. AMENDMENT OF PLEADINGS

The Parties are in the process of meeting and conferring regarding the possibility of Plaintiff amending the pleadings to substitute Plaintiff's former employer Allied Waste Services of North America, LLC instead of Defendant Republic Services, Inc.

## VI. EVIDENCE PRESERVATION

The Parties have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information (ESI Guidelines) and will meet and confer regarding the reasonable and proportionate steps taken to preserve evidence relevant to the issues in this action.

## VII. DISCLOSURES

Defendants will serve responses to the discovery protocol pursuant to General Order No. 71 by April 14, 2022. Plaintiff served responses to the discovery protocol on February 14, 2022.

## VIII. DISCOVERY

There are no proposed limitations or modifications to discovery rules at this time. No discovery has been taken to date.

Defendant anticipates propounding written discovery in the form of Interrogatories, Requests for Production of Documents, Requests for Admission; potentially issuing third party subpoenas; anticipates taking Plaintiff's deposition, and the depositions of witnesses identified by Plaintiff including expert witnesses.

Plaintiff anticipates propounding written discovery, including Interrogatories and Requests for Production of Documents. Plaintiff also anticipates taking depositions of witnesses, including Plaintiff's managers and supervisors, Human Resources employees, Plaintiff's former co-workers and expert witnesses identified by Defendant.

## IX. CLASS ACTIONS

Not applicable.

## X. RELATED CASES

There are no related cases.

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

JOINT CASE MANAGEMENT CONFERENCE STATEMENT    3    CASE NO. 22-CV-00293-JSC

## XI. RELIEF

Plaintiff seeks economic damages, including back pay, front pay and loss benefits, emotional distress damages, punitive damages, statutory attorneys' fees, and costs of suit.

## XII. SETTLEMENT AND ADR

Plaintiff and Defendant are agreeable to participate in private mediation. Plaintiff and Defendant are also agreeable to participate in a Settlement Conference with a Magistrate Judge provided that the Parties have an opportunity to take depositions and to exchange relevant documents before engaging in ADR.

## XIII. CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES

The Parties have consented to a magistrate judge.

## XIV. OTHER REFERENCES

Not applicable

## XV. NARROWING ISSUES

None at this time.

## XVI. EXPEDITED TRIAL PROCEDURE

This case cannot be handled under the expedited trial procedure.

## XVII. SCHEDULING

Trial: May 2023

Pretrial Conference: April 2023

Designation of Experts: March 2023 (after dispositive motions)

Deadline to File Dispositive Motions: February 2023

Discovery cut off: February 2023

## XVIII. TRIAL

Plaintiff has requested a jury trial. The Parties request 7-10 days of jury trial.

## XIX. DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS

Plaintiff and Defendant have both filed their Certification of Interested Parties.

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

JOINT CASE MANAGEMENT CONFERENCE STATEMENT    4    CASE NO. 22-CV-00293-JSC

## XX. PROFESSIONAL CONDUCT

All attorneys of record have reviewed the guidelines for Professional Conduct for the Northern District of California.

Dated: April 1, 2022

LITTLER MENDELSON, P.C.

/s/ YESENIA GARCIA PEREZ
GREGORY G. ISKANDER
YESENIA GARCIA PEREZ

Attorneys for Defendant
REPUBLIC SERVICES, INC.

Dated: April 1, 2022

LEVY VINICK BURRELL HYAMS LLP

/s/ DARCI E. BURRELL
DARCI E. BURRELL
Attorneys for Plaintiff
ALLISON HOKOANA

4865-0241-8201.1 / 068119-2305

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

JOINT CASE MANAGEMENT CONFERENCE STATEMENT      5      CASE NO. 22-CV-00293-JSC