DARCI E. BURRELL, State Bar No. 180467
darci@levyvinick.com
LETICIA CHAVEZ, State Bar No. 333792
letty@levyvinick.com
LEVY VINICK BURRELL HYAMS LLP
180 Grand Avenue, Suite 1300
Oakland, CA 94612
Tel.: (510) 318-7700
Fax: (510) 318-7701

Attorneys for Plaintiff ALLISON HOKOANA


GREGORY G. ISKANDER, Bar No. 200215
giskander@littler.com
YESENIA GARCIA PEREZ, Bar No. 264880
ygarciaperez@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone:   925.932.2468
Fax No.:     925.946.9809

Attorneys for Defendant
REPUBLIC SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON HOKOANA,<br><br>                    Plaintiff,<br><br>         v.<br><br>REPUBLIC SERVICES, INC. and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. 22-CV-00293-JSC<br><br>**STIPULATION TO AMEND COMPLAINT TO SUBSTITUE ALLIED WASTE SERVICES OF NORTH AMERICA, LLC IN PLACE OF REPUBLIC SERVICES, INC.; [PROPOSED] ORDER**<br><br>Complaint filed: November 2, 2021<br>(Alameda County Superior Court Case No.: 21CV001519) |

STIPULATION TO AMEND COMPLAINT TO SUBSTITUTE ALLIED WASTE SERVICES OF NORTH AMERICA, LLC IN PLACE OF REPUBLIC SERVICES, INC.; [PROPOSED] ORDER

CASE NO. 22-CV-00293-JSC

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

WHEREAS, Plaintiff has named Republic Services, Inc. as a Defendant in this action;

WHEREAS, Defendant has represented to Plaintiff that Plaintiff's actual employer is Allied Waste Services of North America, LLC;

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that:

(1) The corporate Defendant Republic Services, Inc., is dismissed without prejudice from this action and that Allied Waste Services of North America, LLC will be substituted as a named defendant in an amended complaint;

(2) Each party will bear their own costs and fees related to the dismissed Defendant;

(3) Republic Services, Inc. agrees that in the event it is deemed reasonable and necessary to reinstate Republic Services, Inc. as a Defendant in this action, it will not assert the FEHA administrative claim filing deadlines, or the statute of limitations as a defense solely as a result of the dismissal and reinstatement of Republic Services, Inc. as a Defendant as set forth herein;

(4) The fact of the dismissal of Republic Services, Inc., will not operate as a judgment on the merits and will have neither the effect of res judicata nor collateral estoppel as to the liability of the remaining Defendant(s);

(5) Allied Waste Services of North America, LLC will respond appropriately to the amended Complaint in this matter.

STIPULATION TO AMEND COMPLAINT TO SUBSTITUTE ALLIED WASTE SERVICES OF NORTH AMERICA, LLC IN PLACE OF REPUBLIC SERVICES, INC.; [PROPOSED] ORDER

2

CASE NO. 22-CV-00293-JSC

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

Dated: April 19, 2022

LEVY VINICK BURRELL HYAMS LLP

/s/ Darci E. Burrell
DARCI E. BURRELL

Attorneys for Plaintiff
ALLISON HOKOANA

Dated: April 21, 2022

LITTLER MENDELSON, P.C.

/s/ Yesenia Garcia Perez
GREGORY G. ISKANDER
YESENIA GARCIA PEREZ

Attorneys for Defendant
REPUBLIC SERVICES, INC.

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATION TO AMEND COMPLAINT TO SUBSTITUTE ALLIED WASTE SERVICES OF NORTH AMERICA, LLC IN PLACE OF REPUBLIC SERVICES, INC.; [PROPOSED] ORDER

3

CASE NO. 22-CV-00293-JSC

# **[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: _____, 2022

HON. JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE

4880-8243-7916.1 / 068119-2305

STIPULATION TO AMEND COMPLAINT TO SUBSTITUTE ALLIED WASTE SERVICES OF NORTH AMERICA, LLC IN PLACE OF REPUBLIC SERVICES, INC.; [PROPOSED] ORDER

4

CASE NO. 22-CV-00293-JSC

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468