UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON HOKOANA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLIED WASTE SERVICES OF NORTH AMERICA, LLC,<br><br>    Defendant. | Case No. 22-cv-00293-JSC<br><br>**PRETRIAL ORDER NO. 3: AMENDING CASE MANAGEMENT SCHEDULE** |

Following the further case management conference held on December 1, 2022, the case schedule is amended as follows:

| | |
|---|---|
| Fact Discovery Cut-Off: | April 7, 2023 |
| Deadline for Hearing Dispositive Motions: | August 10, 2023 |
| Expert Witness Disclosures: | September 7, 2023 |
| Rebuttal Expert Witness Disclosures: | September 21, 2023 |
| Expert Discovery Cutoff: | October 6, 2023 |
| Pretrial Conference: | November 9, 2023 at 2:00 p.m. |
| Trial: | November 27, 2023 |

The parties are referred to a randomly assigned magistrate judge for a settlement conference to occur at a time the magistrate judge and parties agree is appropriate.

Dated: December 1, 2022

JACQUELINE SCOTT CORLEY
United States District Judge